FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  MARIE G. CREAMER  
36 ELIZABETH STREET, 1ST FLOOR  
JERSEY CITY,  NJ  07306

Atty:  FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 17-21671

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2017 | $1,277.00 | 2973594 | 08/01/2017 | $1,277.00 | 2973633 |
| 09/18/2017 | $1,277.00 | 3027343 | 10/16/2017 | $1,277.00 | 4365076000 - |
| 11/14/2017 | $1,277.00 | 4442555000 - | 12/15/2017 | $1,277.00 | 4520715000 - |
| 01/12/2018 | $1,277.00 | 4589643000 - | 02/15/2018 | $1,277.00 | 4673046000 - |
| 03/15/2018 | $1,277.00 | 4753947000 - | 04/12/2018 | $1,277.00 | 4829339000 |
| 05/10/2018 | $1,277.00 | 4904819000 | 06/14/2018 | $1,277.00 | 4991573000 |
| 07/13/2018 | $1,277.00 | 5068922000 | 08/09/2018 | $1,277.00 | 5141709000 |
| 09/13/2018 | $1,277.00 | 5230133000 | 10/11/2018 | $1,277.00 | 5305085000 |
| 11/19/2018 | $1,277.00 | 5401299000 | 12/17/2018 | $1,277.00 | 5472357000 |
| 01/16/2019 | $1,277.00 | 5547684000 | 02/19/2019 | $1,277.00 | 5628742000 |
| 03/18/2019 | $1,277.00 | 5708590000 | 04/16/2019 | $1,277.00 | 5787126000 |
| 05/17/2019 | $1,277.00 | 5867834000 | 06/20/2019 | $1,277.00 | 5952585000 |
| 07/29/2019 | $1,277.00 | 6045718000 | 08/15/2019 | $1,277.00 | 6098512000 |
| 10/01/2019 | $1,277.00 | 6218281000 | 11/01/2019 | $1,277.00 | 6296300000 |
| 12/02/2019 | $1,277.00 | 6368267000 | 12/31/2019 | $1,277.00 | 6443017000 |
| 01/31/2020 | $1,277.00 | 6521611000 | 03/02/2020 | $1,277.00 | 6601474000 |
| 04/03/2020 | $500.00 | 6688228000 | 04/20/2020 | $500.00 | 6725153000 |
| 05/14/2020 | $405.00 | 6789495000 | 06/01/2020 | $1,405.00 | 6828781000 |
| 06/30/2020 | $1,405.00 | 6902868000 | 07/31/2020 | $1,405.00 | 6977435000 |
| 08/28/2020 | $1,405.00 | 7042882000 | 10/02/2020 | $1,405.00 | 7132234000 |
| 11/03/2020 | $1,405.00 | 7208965000 | 12/01/2020 | $770.00 | 7273238000 |
| 12/31/2020 | $770.00 | 7342939000 | 02/01/2021 | $770.00 | 7417868000 |
| 03/01/2021 | $770.00 | 7484714000 | 04/02/2021 | $770.00 | 7568879000 |
| 05/03/2021 | $770.00 | 7640027000 | 06/02/2021 | $770.00 | 7705123000 |
| 06/28/2021 | $770.00 | 7768132000 | 08/02/2021 | $848.00 | 7848516000 |
| 08/30/2021 | $448.00 | 7909096000 | 10/01/2021 | $848.00 | 7984307000 |
| 12/06/2021 | $848.00 | 8128870000 | 01/03/2022 | $848.00 | 8182699000 |
| 01/31/2022 | $848.00 | 8241039000 | 02/28/2022 | $1,248.00 | 8301962000 |
| 03/08/2022 | $848.00 | 8327825000 | 04/01/2022 | $848.00 | 8375992000 |
| 05/02/2022 | $848.00 | 8437356000 | 06/01/2022 | $848.00 | 8500788000 |
| 07/01/2022 | $848.00 | 8561988000 | 08/05/2022 | $848.00 | 8633720000 |

**Chapter 13 Case # 17-21671**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/02/2022 | $848.00 | 8686118000 | 10/03/2022 | $848.00 | 8741785000 |
| 10/31/2022 | $848.00 | 8795119000 | 12/01/2022 | $848.00 | 8856154000 |
| 01/03/2023 | $848.00 | 8914750000 | 02/01/2023 | $848.00 | 8971729000 |
| 03/01/2023 | $500.00 | 9026836000 | 04/04/2023 | $848.00 | 9093697000 |
| 05/02/2023 | $848.00 | 9145602000 | 06/01/2023 | $848.00 | 9197242000 |
| 07/03/2023 | $848.00 | 9252363000 | 07/31/2023 | $348.00 | 9299748000 |
| 09/05/2023 | $448.00 | 9361643000 | 10/02/2023 | $848.00 | 9409870000 |
| 11/01/2023 | $848.00 | 9460045000 | 12/01/2023 | $848.00 | 9509496000 |

**Total Receipts: $80,203.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $80,203.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ACAR LEASING LTD | | | | | | |
| | 03/16/2020 | $254.84 | 844,520 | 04/20/2020 | $41.56 | 846,466 |
| | 05/18/2020 | $15.46 | 848,424 | 06/15/2020 | $27.96 | 850,103 |
| | 07/20/2020 | $44.62 | 851,859 | 08/17/2020 | $44.62 | 853,748 |
| | 09/21/2020 | $44.61 | 855,518 | 10/19/2020 | $44.62 | 857,431 |
| | 11/16/2020 | $44.62 | 859,226 | 12/21/2020 | $44.62 | 860,998 |
| | 01/11/2021 | $24.45 | 862,880 | 02/22/2021 | $24.45 | 864,425 |
| | 03/15/2021 | $24.45 | 866,382 | 04/19/2021 | $24.45 | 867,950 |
| | 08/16/2021 | $10.88 | 875,206 | 09/20/2021 | $27.37 | 876,926 |
| | 10/18/2021 | $14.46 | 878,718 | 11/17/2021 | $27.65 | 880,426 |
| | 01/10/2022 | $27.66 | 883,717 | 02/14/2022 | $27.66 | 885,392 |
| | 03/14/2022 | $27.65 | 887,118 | 04/18/2022 | $68.80 | 888,773 |
| | 05/16/2022 | $28.09 | 890,530 | 06/20/2022 | $28.09 | 892,187 |
| | 07/18/2022 | $28.10 | 893,946 | 08/15/2022 | $28.10 | 895,511 |
| | 09/19/2022 | $28.10 | 897,084 | 10/17/2022 | $28.08 | 898,775 |
| | 11/14/2022 | $27.51 | 900,347 | 12/12/2022 | $27.52 | 901,931 |
| | 01/09/2023 | $27.51 | 903,424 | 02/13/2023 | $27.51 | 904,926 |
| | 03/13/2023 | $27.51 | 906,558 | 04/17/2023 | $16.23 | 908,113 |
| | 05/15/2023 | $27.51 | 909,775 | 06/12/2023 | $27.22 | 911,232 |
| | 07/17/2023 | $27.22 | 912,758 | 08/14/2023 | $27.22 | 914,285 |
| | 09/18/2023 | $11.17 | 915,773 | 10/16/2023 | $14.38 | 917,286 |
| | 11/13/2023 | $26.78 | 918,713 | 12/11/2023 | $26.79 | 920,143 |

**Chapter 13 Case # 17-21671**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 09/16/2019 | $30.48 | 833,215 | 11/18/2019 | $26.93 | 837,311 |
| | 12/16/2019 | $26.93 | 839,253 | 01/13/2020 | $26.94 | 841,131 |
| | 02/10/2020 | $22.18 | 843,007 | 03/16/2020 | $26.01 | 844,914 |
| | 04/20/2020 | $26.01 | 846,862 | 05/18/2020 | $9.67 | 848,779 |
| | 06/15/2020 | $17.50 | 850,460 | 07/20/2020 | $27.91 | 852,248 |
| | 08/17/2020 | $27.93 | 854,122 | 09/21/2020 | $27.91 | 855,929 |
| | 10/19/2020 | $27.92 | 857,817 | 11/16/2020 | $27.93 | 859,609 |
| | 12/21/2020 | $27.91 | 861,428 | 01/11/2021 | $15.31 | 863,225 |
| | 02/22/2021 | $15.29 | 864,890 | 03/15/2021 | $15.31 | 866,760 |
| | 04/19/2021 | $15.30 | 868,422 | 08/16/2021 | $6.80 | 875,618 |
| | 09/20/2021 | $17.12 | 877,345 | 10/18/2021 | $9.06 | 879,122 |
| | 11/17/2021 | $17.30 | 880,833 | 01/10/2022 | $17.31 | 884,125 |
| | 02/14/2022 | $17.31 | 885,809 | 03/14/2022 | $17.30 | 887,520 |
| | 04/18/2022 | $43.05 | 889,221 | 05/16/2022 | $17.58 | 890,932 |
| | 06/20/2022 | $17.58 | 892,618 | 07/18/2022 | $17.58 | 894,348 |
| | 08/15/2022 | $17.59 | 895,916 | 09/19/2022 | $17.57 | 897,514 |
| | 10/17/2022 | $17.58 | 899,189 | 11/14/2022 | $17.22 | 900,765 |
| | 12/12/2022 | $17.21 | 902,317 | 01/09/2023 | $17.22 | 903,807 |
| | 02/13/2023 | $17.22 | 905,330 | 03/13/2023 | $17.21 | 906,948 |
| | 04/17/2023 | $10.15 | 908,529 | 05/15/2023 | $17.22 | 910,154 |
| | 06/12/2023 | $17.03 | 911,619 | 07/17/2023 | $17.03 | 913,135 |
| | 08/14/2023 | $17.04 | 914,652 | 09/18/2023 | $6.99 | 916,149 |
| | 10/16/2023 | $9.00 | 917,640 | 11/13/2023 | $16.76 | 919,074 |
| | 12/11/2023 | $16.76 | 920,497 | | | |
| FREEDOM MORTGAGE CORPORATION | | | | | | |
| | 10/16/2017 | $1,154.78 | 788,878 | 11/20/2017 | $1,201.66 | 790,472 |
| | 12/18/2017 | $1,201.66 | 792,412 | 01/22/2018 | $1,201.66 | 794,241 |
| | 02/20/2018 | $1,201.66 | 796,151 | 03/19/2018 | $1,201.66 | 797,936 |
| | 04/16/2018 | $1,201.66 | 799,799 | 05/14/2018 | $1,208.04 | 801,682 |
| | 06/18/2018 | $1,208.04 | 803,573 | 07/16/2018 | $1,208.04 | 805,575 |
| | 08/20/2018 | $1,208.04 | 807,435 | 09/17/2018 | $1,238.69 | 809,419 |
| | 10/22/2018 | $1,238.69 | 811,305 | 11/19/2018 | $1,204.21 | 813,266 |
| | 01/14/2019 | $1,204.21 | 817,070 | 02/11/2019 | $1,204.21 | 818,961 |
| | 03/18/2019 | $1,204.21 | 820,892 | 04/15/2019 | $1,204.21 | 822,927 |
| | 05/20/2019 | $2,408.42 | 824,887 | 06/17/2019 | $1,225.92 | 826,951 |
| | 08/19/2019 | $1,225.92 | 830,701 | 09/16/2019 | $1,081.81 | 832,776 |

**Chapter 13 Case # 17-21671**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 09/16/2019 | $503.73 | 8,001,205 | | 11/18/2019 | $445.11 | 8,001,285 |
| | 12/16/2019 | $445.11 | 8,001,326 | | 01/13/2020 | $445.10 | 8,001,364 |
| | 02/10/2020 | $366.70 | 8,001,406 | | 03/16/2020 | $429.83 | 8,001,446 |
| | 04/20/2020 | $429.83 | 8,001,483 | | 05/18/2020 | $159.77 | 8,001,536 |
| | 06/15/2020 | $289.19 | 8,001,595 | | 07/20/2020 | $461.44 | 8,001,654 |
| | 08/17/2020 | $461.43 | 8,001,716 | | 09/21/2020 | $461.45 | 8,001,776 |
| | 10/19/2020 | $461.44 | 8,001,841 | | 11/16/2020 | $461.42 | 8,001,896 |
| | 12/21/2020 | $461.45 | 8,001,949 | | 01/11/2021 | $252.88 | 8,002,010 |
| | 02/22/2021 | $252.90 | 8,002,069 | | 03/15/2021 | $252.88 | 8,002,126 |
| | 04/19/2021 | $252.89 | 8,002,173 | | 08/16/2021 | $112.43 | 8,002,386 |
| | 09/20/2021 | $283.02 | 8,002,435 | | 10/18/2021 | $149.52 | 8,002,482 |
| | 11/17/2021 | $286.03 | 8,002,530 | | 01/10/2022 | $286.01 | 8,002,634 |
| | 02/14/2022 | $286.03 | 8,002,686 | | 03/14/2022 | $286.06 | 8,002,740 |
| | 04/18/2022 | $711.50 | 8,002,791 | | 05/16/2022 | $290.55 | 8,002,838 |
| | 06/20/2022 | $290.55 | 8,002,891 | | 07/18/2022 | $290.56 | 8,002,949 |
| | 08/15/2022 | $290.52 | 8,003,001 | | 09/19/2022 | $290.56 | 8,003,047 |
| | 10/17/2022 | $290.55 | 8,003,102 | | 11/14/2022 | $284.53 | 8,003,147 |
| | 12/12/2022 | $284.51 | 8,003,203 | | 01/09/2023 | $284.54 | 8,003,256 |
| | 02/13/2023 | $284.52 | 8,003,310 | | 03/13/2023 | $284.53 | 8,003,366 |
| | 04/17/2023 | $167.75 | 8,003,420 | | 05/15/2023 | $284.53 | 8,003,477 |
| | 06/12/2023 | $281.51 | 8,003,528 | | 07/17/2023 | $281.52 | 8,003,583 |
| | 08/14/2023 | $281.52 | 8,003,640 | | 09/18/2023 | $115.53 | 8,003,693 |
| | 10/16/2023 | $148.73 | 8,003,752 | | 11/13/2023 | $276.99 | 8,003,809 |
| | 12/11/2023 | $277.00 | 8,003,863 | | | | |
| MARINER FINANCE | | | | | | | |
| | 09/16/2019 | $112.79 | 833,601 | | 11/18/2019 | $99.66 | 837,706 |
| | 12/16/2019 | $99.67 | 839,618 | | 01/13/2020 | $99.66 | 841,502 |
| | 02/10/2020 | $82.11 | 843,394 | | 03/16/2020 | $96.24 | 845,313 |
| | 04/20/2020 | $96.24 | 847,255 | | 05/18/2020 | $35.77 | 849,109 |
| | 06/15/2020 | $64.75 | 850,801 | | 07/20/2020 | $103.33 | 852,621 |
| | 08/17/2020 | $103.32 | 854,478 | | 09/21/2020 | $103.32 | 856,315 |
| | 10/19/2020 | $103.32 | 858,174 | | 11/16/2020 | $103.32 | 859,961 |
| | 12/21/2020 | $103.32 | 861,800 | | 01/11/2021 | $56.62 | 863,551 |
| | 02/22/2021 | $56.63 | 865,303 | | 03/15/2021 | $56.62 | 867,096 |
| | 04/19/2021 | $56.62 | 868,830 | | 08/16/2021 | $25.17 | 875,986 |
| | 09/20/2021 | $63.37 | 877,741 | | 10/18/2021 | $33.48 | 879,488 |
| | 11/17/2021 | $64.05 | 881,199 | | 01/10/2022 | $64.06 | 884,468 |
| | 02/14/2022 | $64.04 | 886,179 | | 03/14/2022 | $64.04 | 887,877 |
| | 04/18/2022 | $159.31 | 889,613 | | 05/16/2022 | $65.06 | 891,299 |
| | 06/20/2022 | $65.05 | 893,002 | | 07/18/2022 | $65.06 | 894,677 |
| | 08/15/2022 | $65.05 | 896,262 | | 09/19/2022 | $65.06 | 897,878 |
| | 10/17/2022 | $65.06 | 899,527 | | 11/14/2022 | $63.71 | 901,092 |
| | 12/12/2022 | $63.70 | 902,645 | | 01/09/2023 | $63.71 | 904,142 |
| | 02/13/2023 | $63.71 | 905,683 | | 03/13/2023 | $63.71 | 907,286 |
| | 04/17/2023 | $37.56 | 908,900 | | 05/15/2023 | $63.71 | 910,482 |
| | 06/12/2023 | $63.03 | 911,961 | | 07/17/2023 | $63.03 | 913,484 |
| | 08/14/2023 | $63.04 | 914,997 | | 09/18/2023 | $25.87 | 916,495 |
| | 10/16/2023 | $33.30 | 917,969 | | 11/13/2023 | $62.02 | 919,414 |
| | 12/11/2023 | $62.02 | 920,813 | | | | |

**Chapter 13 Case # 17-21671**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/16/2019 | $303.73 | 8,001,195 | | 11/18/2019 | $268.38 | 8,001,282 |
| | 12/16/2019 | $268.39 | 8,001,325 | | 01/13/2020 | $268.38 | 8,001,363 |
| | 02/10/2020 | $221.11 | 8,001,405 | | 03/16/2020 | $259.17 | 8,001,443 |
| | 04/20/2020 | $259.17 | 8,001,482 | | 05/18/2020 | $96.34 | 8,001,532 |
| | 06/15/2020 | $174.37 | 8,001,591 | | 07/20/2020 | $278.23 | 8,001,651 |
| | 08/17/2020 | $278.23 | 8,001,715 | | 09/21/2020 | $278.23 | 8,001,772 |
| | 10/19/2020 | $278.23 | 8,001,836 | | 11/16/2020 | $278.22 | 8,001,892 |
| | 12/21/2020 | $278.23 | 8,001,947 | | 01/11/2021 | $152.48 | 8,002,011 |
| | 02/22/2021 | $152.49 | 8,002,065 | | 03/15/2021 | $152.48 | 8,002,123 |
| | 04/19/2021 | $152.48 | 8,002,171 | | 08/16/2021 | $67.79 | 8,002,383 |
| | 09/20/2021 | $170.65 | 8,002,432 | | 10/18/2021 | $90.15 | 8,002,481 |
| | 11/17/2021 | $172.47 | 8,002,529 | | 01/10/2022 | $172.46 | 8,002,633 |
| | 02/14/2022 | $172.47 | 8,002,683 | | 03/14/2022 | $172.47 | 8,002,741 |
| | 04/18/2022 | $429.01 | 8,002,785 | | 05/16/2022 | $175.19 | 8,002,843 |
| | 06/20/2022 | $175.19 | 8,002,892 | | 07/18/2022 | $175.20 | 8,002,950 |
| | 08/15/2022 | $175.17 | 8,002,997 | | 09/19/2022 | $175.19 | 8,003,048 |
| | 10/17/2022 | $175.20 | 8,003,103 | | 11/14/2022 | $171.56 | 8,003,148 |
| | 12/12/2022 | $171.55 | 8,003,201 | | 01/09/2023 | $171.56 | 8,003,257 |
| | 02/13/2023 | $171.55 | 8,003,309 | | 03/13/2023 | $171.57 | 8,003,367 |
| | 04/17/2023 | $101.15 | 8,003,414 | | 05/15/2023 | $171.56 | 8,003,472 |
| | 06/12/2023 | $169.74 | 8,003,529 | | 07/17/2023 | $169.74 | 8,003,582 |
| | 08/14/2023 | $169.75 | 8,003,637 | | 09/18/2023 | $69.66 | 8,003,690 |
| | 10/16/2023 | $89.68 | 8,003,749 | | 11/13/2023 | $167.01 | 8,003,806 |
| | 12/11/2023 | $167.02 | 8,003,859 | | | | |
| SUPREME ENERGY, INC. | | | | | | | |
| | 09/16/2019 | $200.67 | 834,199 | | 11/18/2019 | $177.32 | 838,315 |
| | 12/16/2019 | $177.32 | 840,185 | | 01/13/2020 | $177.32 | 842,068 |
| | 02/10/2020 | $146.07 | 843,941 | | 03/16/2020 | $171.23 | 845,895 |
| | 04/20/2020 | $171.23 | 847,849 | | 05/18/2020 | $63.65 | 849,619 |
| | 06/15/2020 | $115.21 | 851,310 | | 07/20/2020 | $183.82 | 853,177 |
| | 08/17/2020 | $183.82 | 854,992 | | 09/21/2020 | $183.84 | 856,874 |
| | 10/19/2020 | $183.82 | 858,700 | | 11/16/2020 | $183.82 | 860,472 |
| | 12/21/2020 | $183.82 | 862,368 | | 01/11/2021 | $100.74 | 863,976 |
| | 02/22/2021 | $100.75 | 865,897 | | 03/15/2021 | $100.74 | 867,518 |
| | 04/19/2021 | $100.74 | 869,393 | | 08/16/2021 | $44.79 | 876,489 |
| | 09/20/2021 | $112.75 | 878,263 | | 10/18/2021 | $59.56 | 879,993 |
| | 11/10/2021 | ($112.75) | 878,263 | | 11/10/2021 | ($44.79) | 876,489 |
| | 12/29/2021 | ($59.56) | 879,993 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | | | | | | | |
| | 09/16/2019 | $139.70 | 834,378 | | 09/16/2019 | $78.93 | 834,378 |
| | 11/18/2019 | $123.44 | 838,477 | | 11/18/2019 | $69.75 | 838,477 |
| | 12/16/2019 | $69.75 | 840,344 | | 12/16/2019 | $123.44 | 840,344 |
| | 01/13/2020 | $123.44 | 842,243 | | 01/13/2020 | $69.76 | 842,243 |
| | 02/10/2020 | $101.70 | 844,110 | | 02/10/2020 | $57.45 | 844,110 |
| | 03/16/2020 | $119.20 | 846,067 | | 03/16/2020 | $67.35 | 846,067 |
| | 04/20/2020 | $119.20 | 848,037 | | 04/20/2020 | $67.36 | 848,037 |
| | 05/18/2020 | $44.31 | 849,771 | | 05/18/2020 | $25.04 | 849,771 |
| | 06/15/2020 | $80.20 | 851,471 | | 06/15/2020 | $45.32 | 851,471 |
| | 07/20/2020 | $127.97 | 853,358 | | 07/20/2020 | $72.31 | 853,358 |
| | 08/17/2020 | $127.97 | 855,162 | | 08/17/2020 | $72.31 | 855,162 |
| | 09/21/2020 | $127.96 | 857,070 | | 09/21/2020 | $72.29 | 857,070 |
| | 10/19/2020 | $127.97 | 858,882 | | 10/19/2020 | $72.31 | 858,882 |
| | 11/16/2020 | $127.98 | 860,646 | | 11/16/2020 | $72.32 | 860,646 |
| | 12/21/2020 | $127.96 | 862,564 | | 12/21/2020 | $72.31 | 862,564 |
| | 01/11/2021 | $70.13 | 864,117 | | 01/11/2021 | $39.63 | 864,117 |
| | 02/22/2021 | $70.14 | 866,093 | | 02/22/2021 | $39.61 | 866,093 |
| | 03/15/2021 | $70.13 | 867,661 | | 03/15/2021 | $39.64 | 867,661 |
| | 04/19/2021 | $70.14 | 869,580 | | 04/19/2021 | $39.62 | 869,580 |
| | 08/16/2021 | $31.18 | 876,645 | | 08/16/2021 | $17.62 | 876,645 |
| | 09/20/2021 | $78.49 | 878,440 | | 09/20/2021 | $44.35 | 878,440 |
| | 10/18/2021 | $41.46 | 880,166 | | 10/18/2021 | $23.43 | 880,166 |
| | 11/17/2021 | $79.32 | 881,831 | | 11/17/2021 | $44.83 | 881,831 |
| | 01/10/2022 | $79.32 | 885,121 | | 01/10/2022 | $44.82 | 885,121 |
| | 02/14/2022 | $79.32 | 886,861 | | 02/14/2022 | $44.82 | 886,861 |
| | 03/14/2022 | $79.34 | 888,524 | | 03/14/2022 | $44.82 | 888,524 |
| | 04/18/2022 | $197.32 | 890,308 | | 04/18/2022 | $111.49 | 890,308 |
| | 05/16/2022 | $80.58 | 891,934 | | 05/16/2022 | $45.53 | 891,934 |
| | 06/20/2022 | $80.55 | 893,698 | | 06/20/2022 | $45.53 | 893,698 |
| | 07/18/2022 | $45.53 | 895,316 | | 07/18/2022 | $80.58 | 895,316 |
| | 08/15/2022 | $80.60 | 896,861 | | 08/15/2022 | $45.52 | 896,861 |
| | 09/19/2022 | $80.56 | 898,550 | | 09/19/2022 | $45.54 | 898,550 |
| | 10/05/2022 | ($80.55) | 893,698 | | 10/05/2022 | ($45.53) | 893,698 |
| | 10/05/2022 | $80.55 | 898,659 | | 10/05/2022 | $45.53 | 898,659 |
| | 10/17/2022 | $80.58 | 900,146 | | 10/17/2022 | $45.53 | 900,146 |
| | 11/14/2022 | $78.91 | 901,721 | | 11/14/2022 | $44.59 | 901,721 |
| | 12/12/2022 | $78.90 | 903,239 | | 12/12/2022 | $44.58 | 903,239 |
| | 01/09/2023 | $78.91 | 904,733 | | 01/09/2023 | $44.59 | 904,733 |
| | 02/13/2023 | $78.90 | 906,326 | | 02/13/2023 | $44.58 | 906,326 |
| | 03/13/2023 | $78.92 | 907,894 | | 03/13/2023 | $44.59 | 907,894 |
| | 04/17/2023 | $46.52 | 909,557 | | 04/17/2023 | $26.29 | 909,557 |
| | 05/15/2023 | $78.91 | 911,041 | | 05/15/2023 | $44.59 | 911,041 |
| | 06/12/2023 | $78.07 | 912,556 | | 06/12/2023 | $44.11 | 912,556 |
| | 07/17/2023 | $78.07 | 914,082 | | 07/17/2023 | $44.11 | 914,082 |
| | 08/14/2023 | $78.07 | 915,550 | | 08/14/2023 | $44.11 | 915,550 |
| | 09/18/2023 | $32.04 | 917,082 | | 09/18/2023 | $18.10 | 917,082 |
| | 10/16/2023 | $41.25 | 918,512 | | 10/16/2023 | $23.31 | 918,512 |
| | 11/13/2023 | $76.82 | 919,959 | | 11/13/2023 | $43.41 | 919,959 |
| | 12/11/2023 | $76.82 | 921,359 | | 12/11/2023 | $43.40 | 921,359 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,606.39 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,067.00 | 100.00% | 5,067.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 15,586.02 | 100.00% | 15,253.15 | 332.87 |
| 0003 | BANK OF AMERICA | UNSECURED | 943.06 | 100.00% | 922.92 | 20.14 |
| 0004 | RUSHMORE SERVICING | MORTGAGE ARRE | 27,637.40 | 100.00% | 27,637.40 | 0.00 |

Chapter 13 Case # 17-21671

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0005 | GREAT PLAINS LENDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MARINER FINANCE | UNSECURED | 3,489.85 | 100.00% | 3,415.32 | 74.53 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,397.78 | 100.00% | 9,197.07 | 200.71 |
| 0009 | SUPREME ENERGY, INC. | UNSECURED | 6,209.01 | 100.00% | 2,905.93 | 3,303.08 |
| 0011 | WELLS FARGO BANK NA | UNSECURED | 4,322.42 | 100.00% | 4,230.11 | 92.31 |
| 0013 | WELLS FARGO BANK NA | UNSECURED | 2,442.35 | 100.00% | 2,390.19 | 52.16 |
| 0014 | ACAR LEASING LTD | UNSECURED | 1,507.07 | 100.00% | 1,474.88 | 32.19 |

**Total Paid:  $77,100.36**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $80,203.00      -      Paid to Claims: $67,426.97      -      Admin Costs Paid: $9,673.39      =      Funds on Hand: $3,950.64

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.