Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 12, 2024**

**Chapter 13 Case # 17-21671**

Re:  MARIE G. CREAMER                                   Atty:  FITZGERALD & ASSOCIATES PC
36 ELIZABETH STREET, 1ST FLOOR                                 649 NEWARK AVE
JERSEY CITY, NJ  07306                                         JERSEY CITY, NJ  07306

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2017 | $1,277.00 | 2973594 | 08/01/2017 | $1,277.00 | 2973633 |
| 09/18/2017 | $1,277.00 | 3027343 | 10/16/2017 | $1,277.00 | 4365076000  - |
| 11/14/2017 | $1,277.00 | 4442555000  - | 12/15/2017 | $1,277.00 | 4520715000  - |
| 01/12/2018 | $1,277.00 | 4589643000  - | 02/15/2018 | $1,277.00 | 4673046000  - |
| 03/15/2018 | $1,277.00 | 4753947000  - | 04/12/2018 | $1,277.00 | 4829339000 |
| 05/10/2018 | $1,277.00 | 4904819000 | 06/14/2018 | $1,277.00 | 4991573000 |
| 07/13/2018 | $1,277.00 | 5068922000 | 08/09/2018 | $1,277.00 | 5141709000 |
| 09/13/2018 | $1,277.00 | 5230133000 | 10/11/2018 | $1,277.00 | 5305085000 |
| 11/19/2018 | $1,277.00 | 5401299000 | 12/17/2018 | $1,277.00 | 5472357000 |
| 01/16/2019 | $1,277.00 | 5547684000 | 02/19/2019 | $1,277.00 | 5628742000 |
| 03/18/2019 | $1,277.00 | 5708590000 | 04/16/2019 | $1,277.00 | 5787126000 |
| 05/17/2019 | $1,277.00 | 5867834000 | 06/20/2019 | $1,277.00 | 5952585000 |
| 07/29/2019 | $1,277.00 | 6045718000 | 08/15/2019 | $1,277.00 | 6098512000 |
| 10/01/2019 | $1,277.00 | 6218281000 | 11/01/2019 | $1,277.00 | 6296300000 |
| 12/02/2019 | $1,277.00 | 6368267000 | 12/31/2019 | $1,277.00 | 6443017000 |
| 01/31/2020 | $1,277.00 | 6521611000 | 03/02/2020 | $1,277.00 | 6601474000 |
| 04/03/2020 | $500.00 | 6688228000 | 04/20/2020 | $500.00 | 6725153000 |
| 05/14/2020 | $405.00 | 6789495000 | 06/01/2020 | $1,405.00 | 6828781000 |
| 06/30/2020 | $1,405.00 | 6902868000 | 07/31/2020 | $1,405.00 | 6977435000 |
| 08/28/2020 | $1,405.00 | 7042882000 | 10/02/2020 | $1,405.00 | 7132234000 |
| 11/03/2020 | $1,405.00 | 7208965000 | 12/01/2020 | $770.00 | 7273238000 |
| 12/31/2020 | $770.00 | 7342939000 | 02/01/2021 | $770.00 | 7417868000 |
| 03/01/2021 | $770.00 | 7484714000 | 04/02/2021 | $770.00 | 7568879000 |
| 05/03/2021 | $770.00 | 7640027000 | 06/02/2021 | $770.00 | 7705123000 |
| 06/28/2021 | $770.00 | 7768132000 | 08/02/2021 | $848.00 | 7848516000 |
| 08/30/2021 | $448.00 | 7909096000 | 10/01/2021 | $848.00 | 7984307000 |
| 12/06/2021 | $848.00 | 8128870000 | 01/03/2022 | $848.00 | 8182699000 |
| 01/31/2022 | $848.00 | 8241039000 | 02/28/2022 | $1,248.00 | 8301962000 |
| 03/08/2022 | $848.00 | 8327825000 | 04/01/2022 | $848.00 | 8375992000 |
| 05/02/2022 | $848.00 | 8437356000 | 06/01/2022 | $848.00 | 8500788000 |
| 07/01/2022 | $848.00 | 8561988000 | 08/05/2022 | $848.00 | 8633720000 |
| 09/02/2022 | $848.00 | 8686118000 | 10/03/2022 | $848.00 | 8741785000 |

**Chapter 13 Case # 17-21671**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/31/2022 | $848.00 | 8795119000 | 12/01/2022 | $848.00 | 8856154000 |
| 01/03/2023 | $848.00 | 8914750000 | 02/01/2023 | $848.00 | 8971729000 |
| 03/01/2023 | $500.00 | 9026836000 | 04/04/2023 | $848.00 | 9093697000 |
| 05/02/2023 | $848.00 | 9145602000 | 06/01/2023 | $848.00 | 9197242000 |
| 07/03/2023 | $848.00 | 9252363000 | 07/31/2023 | $348.00 | 9299748000 |
| 09/05/2023 | $448.00 | 9361643000 | 10/02/2023 | $848.00 | 9409870000 |
| 11/01/2023 | $848.00 | 9460045000 | 12/01/2023 | $848.00 | 9509496000 |
| 01/02/2024 | $848.00 | 9558034000 | 02/01/2024 | $848.00 | 9610514000 |

**Total Receipts: $81,899.00  -  Amount Refunded to Debtor: $676.97  =  Receipts Applied to Plan: $81,222.03**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 4,620.07 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 5,067.00 | 100.00% | 5,067.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 15,586.02 | 100.00% | 15,586.02 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 943.06 | 100.00% | 943.06 | 0.00 |
| 0004 | RUSHMORE SERVICING | MORTGAGE ARRE | 27,637.40 | 100.00% | 27,637.40 | 0.00 |
| 0005 | GREAT PLAINS LENDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MARINER FINANCE | UNSECURED | 3,489.85 | 100.00% | 3,489.85 | 0.00 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,397.78 | 100.00% | 9,397.78 | 0.00 |
| 0009 | SUPREME ENERGY, INC. | UNSECURED | 6,209.01 | 100.00% | 6,209.01 | 0.00 |
| 0011 | WELLS FARGO BANK NA | UNSECURED | 4,322.42 | 100.00% | 4,322.42 | 0.00 |
| 0013 | WELLS FARGO BANK NA | UNSECURED | 2,442.35 | 100.00% | 2,442.35 | 0.00 |
| 0014 | ACAR LEASING LTD | UNSECURED | 1,507.07 | 100.00% | 1,507.07 | 0.00 |

**Total Paid: $81,222.03**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ACAR LEASING LTD |  |  |  |  |  |  |
|  | 03/16/2020 | $254.84 | 844520 | 04/20/2020 | $41.56 | 846466 |
|  | 05/18/2020 | $15.46 | 848424 | 06/15/2020 | $27.96 | 850103 |
|  | 07/20/2020 | $44.62 | 851859 | 08/17/2020 | $44.62 | 853748 |
|  | 09/21/2020 | $44.61 | 855518 | 10/19/2020 | $44.62 | 857431 |
|  | 11/16/2020 | $44.62 | 859226 | 12/21/2020 | $44.62 | 860998 |
|  | 01/11/2021 | $24.45 | 862880 | 02/22/2021 | $24.45 | 864425 |
|  | 03/15/2021 | $24.45 | 866382 | 04/19/2021 | $24.45 | 867950 |
|  | 08/16/2021 | $10.88 | 875206 | 09/20/2021 | $27.37 | 876926 |
|  | 10/18/2021 | $14.46 | 878718 | 11/17/2021 | $27.65 | 880426 |
|  | 01/10/2022 | $27.66 | 883717 | 02/14/2022 | $27.66 | 885392 |
|  | 03/14/2022 | $27.65 | 887118 | 04/18/2022 | $68.80 | 888773 |
|  | 05/16/2022 | $28.09 | 890530 | 06/20/2022 | $28.09 | 892187 |
|  | 07/18/2022 | $28.10 | 893946 | 08/15/2022 | $28.10 | 895511 |
|  | 09/19/2022 | $28.10 | 897084 | 10/17/2022 | $28.08 | 898775 |
|  | 11/14/2022 | $27.51 | 900347 | 12/12/2022 | $27.52 | 901931 |
|  | 01/09/2023 | $27.51 | 903424 | 02/13/2023 | $27.51 | 904926 |
|  | 03/13/2023 | $27.51 | 906558 | 04/17/2023 | $16.23 | 908113 |
|  | 05/15/2023 | $27.51 | 909775 | 06/12/2023 | $27.22 | 911232 |
|  | 07/17/2023 | $27.22 | 912758 | 08/14/2023 | $27.22 | 914285 |
|  | 09/18/2023 | $11.17 | 915773 | 10/16/2023 | $14.38 | 917286 |

**Chapter 13 Case # 17-21671**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 11/13/2023 | $26.78 | 918713 | | 12/11/2023 | $26.79 | 920143 |
| | 01/08/2024 | $26.78 | 921551 | | 02/12/2024 | $26.79 | 922874 |
| | 03/11/2024 | $5.40 | 924344 | | | | |
| BANK OF AMERICA | | | | | | | |
| | 09/16/2019 | $30.48 | 833215 | | 11/18/2019 | $26.93 | 837311 |
| | 12/16/2019 | $26.93 | 839253 | | 01/13/2020 | $26.94 | 841131 |
| | 02/10/2020 | $22.18 | 843007 | | 03/16/2020 | $26.01 | 844914 |
| | 04/20/2020 | $26.01 | 846862 | | 05/18/2020 | $9.67 | 848779 |
| | 06/15/2020 | $17.50 | 850460 | | 07/20/2020 | $27.91 | 852248 |
| | 08/17/2020 | $27.93 | 854122 | | 09/21/2020 | $27.91 | 855929 |
| | 10/19/2020 | $27.92 | 857817 | | 11/16/2020 | $27.93 | 859609 |
| | 12/21/2020 | $27.91 | 861428 | | 01/11/2021 | $15.31 | 863225 |
| | 02/22/2021 | $15.29 | 864890 | | 03/15/2021 | $15.31 | 866760 |
| | 04/19/2021 | $15.30 | 868422 | | 08/16/2021 | $6.80 | 875618 |
| | 09/20/2021 | $17.12 | 877345 | | 10/18/2021 | $9.06 | 879122 |
| | 11/17/2021 | $17.30 | 880833 | | 01/10/2022 | $17.31 | 884125 |
| | 02/14/2022 | $17.31 | 885809 | | 03/14/2022 | $17.30 | 887520 |
| | 04/18/2022 | $43.05 | 889221 | | 05/16/2022 | $17.58 | 890932 |
| | 06/20/2022 | $17.58 | 892618 | | 07/18/2022 | $17.58 | 894348 |
| | 08/15/2022 | $17.59 | 895916 | | 09/19/2022 | $17.57 | 897514 |
| | 10/17/2022 | $17.58 | 899189 | | 11/14/2022 | $17.22 | 900765 |
| | 12/12/2022 | $17.21 | 902317 | | 01/09/2023 | $17.22 | 903807 |
| | 02/13/2023 | $17.22 | 905330 | | 03/13/2023 | $17.21 | 906948 |
| | 04/17/2023 | $10.15 | 908529 | | 05/15/2023 | $17.22 | 910154 |
| | 06/12/2023 | $17.03 | 911619 | | 07/17/2023 | $17.03 | 913135 |
| | 08/14/2023 | $17.04 | 914652 | | 09/18/2023 | $6.99 | 916149 |
| | 10/16/2023 | $9.00 | 917640 | | 11/13/2023 | $16.76 | 919074 |
| | 12/11/2023 | $16.76 | 920497 | | 01/08/2024 | $16.76 | 921880 |
| | 02/12/2024 | $16.76 | 923228 | | 03/11/2024 | $3.38 | 924685 |
| FREEDOM MORTGAGE CORPORATION | | | | | | | |
| | 10/16/2017 | $1,154.78 | 788878 | | 11/20/2017 | $1,201.66 | 790472 |
| | 12/18/2017 | $1,201.66 | 792412 | | 01/22/2018 | $1,201.66 | 794241 |
| | 02/20/2018 | $1,201.66 | 796151 | | 03/19/2018 | $1,201.66 | 797936 |
| | 04/16/2018 | $1,201.66 | 799799 | | 05/14/2018 | $1,208.04 | 801682 |
| | 06/18/2018 | $1,208.04 | 803573 | | 07/16/2018 | $1,208.04 | 805575 |
| | 08/20/2018 | $1,208.04 | 807435 | | 09/17/2018 | $1,238.69 | 809419 |
| | 10/22/2018 | $1,238.69 | 811305 | | 11/19/2018 | $1,204.21 | 813266 |
| | 01/14/2019 | $1,204.21 | 817070 | | 02/11/2019 | $1,204.21 | 818961 |
| | 03/18/2019 | $1,204.21 | 820892 | | 04/15/2019 | $1,204.21 | 822927 |
| | 05/20/2019 | $2,408.42 | 824887 | | 06/17/2019 | $1,225.92 | 826951 |
| | 08/19/2019 | $1,225.92 | 830701 | | 09/16/2019 | $1,081.81 | 832776 |

**Chapter 13 Case # 17-21671**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 09/16/2019 | $503.73 | 8001205 | | 11/18/2019 | $445.11 | 8001285 |
| | 12/16/2019 | $445.11 | 8001326 | | 01/13/2020 | $445.10 | 8001364 |
| | 02/10/2020 | $366.70 | 8001406 | | 03/16/2020 | $429.83 | 8001446 |
| | 04/20/2020 | $429.83 | 8001483 | | 05/18/2020 | $159.77 | 8001536 |
| | 06/15/2020 | $289.19 | 8001595 | | 07/20/2020 | $461.44 | 8001654 |
| | 08/17/2020 | $461.43 | 8001716 | | 09/21/2020 | $461.45 | 8001776 |
| | 10/19/2020 | $461.44 | 8001841 | | 11/16/2020 | $461.42 | 8001896 |
| | 12/21/2020 | $461.45 | 8001949 | | 01/11/2021 | $252.88 | 8002010 |
| | 02/22/2021 | $252.90 | 8002069 | | 03/15/2021 | $252.88 | 8002126 |
| | 04/19/2021 | $252.89 | 8002173 | | 08/16/2021 | $112.43 | 8002386 |
| | 09/20/2021 | $283.02 | 8002435 | | 10/18/2021 | $149.52 | 8002482 |
| | 11/17/2021 | $286.03 | 8002530 | | 01/10/2022 | $286.01 | 8002634 |
| | 02/14/2022 | $286.03 | 8002686 | | 03/14/2022 | $286.06 | 8002740 |
| | 04/18/2022 | $711.50 | 8002791 | | 05/16/2022 | $290.55 | 8002838 |
| | 06/20/2022 | $290.55 | 8002891 | | 07/18/2022 | $290.56 | 8002949 |
| | 08/15/2022 | $290.52 | 8003001 | | 09/19/2022 | $290.56 | 8003047 |
| | 10/17/2022 | $290.55 | 8003102 | | 11/14/2022 | $284.53 | 8003147 |
| | 12/12/2022 | $284.51 | 8003203 | | 01/09/2023 | $284.54 | 8003256 |
| | 02/13/2023 | $284.52 | 8003310 | | 03/13/2023 | $284.53 | 8003366 |
| | 04/17/2023 | $167.75 | 8003420 | | 05/15/2023 | $284.53 | 8003477 |
| | 06/12/2023 | $281.51 | 8003528 | | 07/17/2023 | $281.52 | 8003583 |
| | 08/14/2023 | $281.52 | 8003640 | | 09/18/2023 | $115.53 | 8003693 |
| | 10/16/2023 | $148.73 | 8003752 | | 11/13/2023 | $276.99 | 8003809 |
| | 12/11/2023 | $277.00 | 8003863 | | 01/08/2024 | $277.00 | 8003910 |
| | 02/12/2024 | $277.00 | 8003952 | | 03/11/2024 | $55.87 | 8003994 |
| MARINER FINANCE | | | | | | | |
| | 09/16/2019 | $112.79 | 833601 | | 11/18/2019 | $99.66 | 837706 |
| | 12/16/2019 | $99.67 | 839618 | | 01/13/2020 | $99.66 | 841502 |
| | 02/10/2020 | $82.11 | 843394 | | 03/16/2020 | $96.24 | 845313 |
| | 04/20/2020 | $96.24 | 847255 | | 05/18/2020 | $35.77 | 849109 |
| | 06/15/2020 | $64.75 | 850801 | | 07/20/2020 | $103.33 | 852621 |
| | 08/17/2020 | $103.32 | 854478 | | 09/21/2020 | $103.32 | 856315 |
| | 10/19/2020 | $103.32 | 858174 | | 11/16/2020 | $103.32 | 859961 |
| | 12/21/2020 | $103.32 | 861800 | | 01/11/2021 | $56.62 | 863551 |
| | 02/22/2021 | $56.63 | 865303 | | 03/15/2021 | $56.62 | 867096 |
| | 04/19/2021 | $56.62 | 868830 | | 08/16/2021 | $25.17 | 875986 |
| | 09/20/2021 | $63.37 | 877741 | | 10/18/2021 | $33.48 | 879488 |
| | 11/17/2021 | $64.05 | 881199 | | 01/10/2022 | $64.06 | 884468 |
| | 02/14/2022 | $64.04 | 886179 | | 03/14/2022 | $64.04 | 887877 |
| | 04/18/2022 | $159.31 | 889613 | | 05/16/2022 | $65.06 | 891299 |
| | 06/20/2022 | $65.05 | 893002 | | 07/18/2022 | $65.06 | 894677 |
| | 08/15/2022 | $65.05 | 896262 | | 09/19/2022 | $65.06 | 897878 |
| | 10/17/2022 | $65.06 | 899527 | | 11/14/2022 | $63.71 | 901092 |
| | 12/12/2022 | $63.70 | 902645 | | 01/09/2023 | $63.71 | 904142 |
| | 02/13/2023 | $63.71 | 905683 | | 03/13/2023 | $63.71 | 907286 |
| | 04/17/2023 | $37.56 | 908900 | | 05/15/2023 | $63.71 | 910482 |
| | 06/12/2023 | $63.03 | 911961 | | 07/17/2023 | $63.03 | 913484 |
| | 08/14/2023 | $63.04 | 914997 | | 09/18/2023 | $25.87 | 916495 |
| | 10/16/2023 | $33.30 | 917969 | | 11/13/2023 | $62.02 | 919414 |
| | 12/11/2023 | $62.02 | 920813 | | 01/08/2024 | $62.03 | 922195 |
| | 02/12/2024 | $62.02 | 923571 | | 03/11/2024 | $12.51 | 925005 |

**Chapter 13 Case # 17-21671**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 09/16/2019 | $303.73 | 8001195 | 11/18/2019 | $268.38 | 8001282 |
| | 12/16/2019 | $268.39 | 8001325 | 01/13/2020 | $268.38 | 8001363 |
| | 02/10/2020 | $221.11 | 8001405 | 03/16/2020 | $259.17 | 8001443 |
| | 04/20/2020 | $259.17 | 8001482 | 05/18/2020 | $96.34 | 8001532 |
| | 06/15/2020 | $174.37 | 8001591 | 07/20/2020 | $278.23 | 8001651 |
| | 08/17/2020 | $278.23 | 8001715 | 09/21/2020 | $278.23 | 8001772 |
| | 10/19/2020 | $278.23 | 8001836 | 11/16/2020 | $278.22 | 8001892 |
| | 12/21/2020 | $278.23 | 8001947 | 01/11/2021 | $152.48 | 8002011 |
| | 02/22/2021 | $152.49 | 8002065 | 03/15/2021 | $152.48 | 8002123 |
| | 04/19/2021 | $152.48 | 8002171 | 08/16/2021 | $67.79 | 8002383 |
| | 09/20/2021 | $170.65 | 8002432 | 10/18/2021 | $90.15 | 8002481 |
| | 11/17/2021 | $172.47 | 8002529 | 01/10/2022 | $172.46 | 8002633 |
| | 02/14/2022 | $172.47 | 8002683 | 03/14/2022 | $172.47 | 8002741 |
| | 04/18/2022 | $429.01 | 8002785 | 05/16/2022 | $175.19 | 8002843 |
| | 06/20/2022 | $175.19 | 8002892 | 07/18/2022 | $175.20 | 8002950 |
| | 08/15/2022 | $175.17 | 8002997 | 09/19/2022 | $175.19 | 8003048 |
| | 10/17/2022 | $175.20 | 8003103 | 11/14/2022 | $171.56 | 8003148 |
| | 12/12/2022 | $171.55 | 8003201 | 01/09/2023 | $171.56 | 8003257 |
| | 02/13/2023 | $171.55 | 8003309 | 03/13/2023 | $171.57 | 8003367 |
| | 04/17/2023 | $101.15 | 8003414 | 05/15/2023 | $171.56 | 8003472 |
| | 06/12/2023 | $169.74 | 8003529 | 07/17/2023 | $169.74 | 8003582 |
| | 08/14/2023 | $169.75 | 8003637 | 09/18/2023 | $69.66 | 8003690 |
| | 10/16/2023 | $89.68 | 8003749 | 11/13/2023 | $167.01 | 8003806 |
| | 12/11/2023 | $167.02 | 8003859 | 01/08/2024 | $167.02 | 8003906 |
| | 02/12/2024 | $167.02 | 8003947 | 03/11/2024 | $33.69 | 8003991 |
| SUPREME ENERGY, INC. | | | | | | |
| | 09/16/2019 | $200.67 | 834199 | 11/18/2019 | $177.32 | 838315 |
| | 12/16/2019 | $177.32 | 840185 | 01/13/2020 | $177.32 | 842068 |
| | 02/10/2020 | $146.07 | 843941 | 03/16/2020 | $171.23 | 845895 |
| | 04/20/2020 | $171.23 | 847849 | 05/18/2020 | $63.65 | 849619 |
| | 06/15/2020 | $115.21 | 851310 | 07/20/2020 | $183.82 | 853177 |
| | 08/17/2020 | $183.82 | 854992 | 09/21/2020 | $183.84 | 856874 |
| | 10/19/2020 | $183.82 | 858700 | 11/16/2020 | $183.82 | 860472 |
| | 12/21/2020 | $183.82 | 862368 | 01/11/2021 | $100.74 | 863976 |
| | 02/22/2021 | $100.75 | 865897 | 03/15/2021 | $100.74 | 867518 |
| | 04/19/2021 | $100.74 | 869393 | 08/16/2021 | $44.79 | 876489 |
| | 09/20/2021 | $112.75 | 878263 | 10/18/2021 | $59.56 | 879993 |
| | 11/10/2021 | ($44.79) | 876489 | 11/10/2021 | ($112.75) | 878263 |
| | 12/29/2021 | ($59.56) | 879993 | | | |
| UNITED STATES BANKRUPTCY COURT | | | | | | |
| | 03/11/2024 | $3,303.08 | 925500 | | | |

**Chapter 13 Case # 17-21671**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | | | | | | | |
| | 09/16/2019 | $78.93 | 834378 | | 09/16/2019 | $139.70 | 834378 |
| | 11/18/2019 | $69.75 | 838477 | | 11/18/2019 | $123.44 | 838477 |
| | 12/16/2019 | $69.75 | 840344 | | 12/16/2019 | $123.44 | 840344 |
| | 01/13/2020 | $69.76 | 842243 | | 01/13/2020 | $123.44 | 842243 |
| | 02/10/2020 | $57.45 | 844110 | | 02/10/2020 | $101.70 | 844110 |
| | 03/16/2020 | $67.35 | 846067 | | 03/16/2020 | $119.20 | 846067 |
| | 04/20/2020 | $67.36 | 848037 | | 04/20/2020 | $119.20 | 848037 |
| | 05/18/2020 | $25.04 | 849771 | | 05/18/2020 | $44.31 | 849771 |
| | 06/15/2020 | $45.32 | 851471 | | 06/15/2020 | $80.20 | 851471 |
| | 07/20/2020 | $72.31 | 853358 | | 07/20/2020 | $127.97 | 853358 |
| | 08/17/2020 | $127.97 | 855162 | | 08/17/2020 | $72.31 | 855162 |
| | 09/21/2020 | $72.29 | 857070 | | 09/21/2020 | $127.96 | 857070 |
| | 10/19/2020 | $127.97 | 858882 | | 10/19/2020 | $72.31 | 858882 |
| | 11/16/2020 | $72.32 | 860646 | | 11/16/2020 | $127.98 | 860646 |
| | 12/21/2020 | $72.31 | 862564 | | 12/21/2020 | $127.96 | 862564 |
| | 01/11/2021 | $39.63 | 864117 | | 01/11/2021 | $70.13 | 864117 |
| | 02/22/2021 | $70.14 | 866093 | | 02/22/2021 | $39.61 | 866093 |
| | 03/15/2021 | $39.64 | 867661 | | 03/15/2021 | $70.13 | 867661 |
| | 04/19/2021 | $39.62 | 869580 | | 04/19/2021 | $70.14 | 869580 |
| | 08/16/2021 | $17.62 | 876645 | | 08/16/2021 | $31.18 | 876645 |
| | 09/20/2021 | $44.35 | 878440 | | 09/20/2021 | $78.49 | 878440 |
| | 10/18/2021 | $23.43 | 880166 | | 10/18/2021 | $41.46 | 880166 |
| | 11/17/2021 | $44.83 | 881831 | | 11/17/2021 | $79.32 | 881831 |
| | 01/10/2022 | $79.32 | 885121 | | 01/10/2022 | $44.82 | 885121 |
| | 02/14/2022 | $44.82 | 886861 | | 02/14/2022 | $79.32 | 886861 |
| | 03/14/2022 | $79.34 | 888524 | | 03/14/2022 | $44.82 | 888524 |
| | 04/18/2022 | $111.49 | 890308 | | 04/18/2022 | $197.32 | 890308 |
| | 05/16/2022 | $45.53 | 891934 | | 05/16/2022 | $80.58 | 891934 |
| | 06/20/2022 | $80.55 | 893698 | | 06/20/2022 | $45.53 | 893698 |
| | 07/18/2022 | $45.53 | 895316 | | 07/18/2022 | $80.58 | 895316 |
| | 08/15/2022 | $80.60 | 896861 | | 08/15/2022 | $45.52 | 896861 |
| | 09/19/2022 | $45.54 | 898550 | | 09/19/2022 | $80.56 | 898550 |
| | 10/05/2022 | ($80.55) | 893698 | | 10/05/2022 | $80.55 | 898659 |
| | 10/05/2022 | ($45.53) | 893698 | | 10/05/2022 | $45.53 | 898659 |
| | 10/17/2022 | $45.53 | 900146 | | 10/17/2022 | $80.58 | 900146 |
| | 11/14/2022 | $78.91 | 901721 | | 11/14/2022 | $44.59 | 901721 |
| | 12/12/2022 | $44.58 | 903239 | | 12/12/2022 | $78.90 | 903239 |
| | 01/09/2023 | $78.91 | 904733 | | 01/09/2023 | $44.59 | 904733 |
| | 02/13/2023 | $44.58 | 906326 | | 02/13/2023 | $78.90 | 906326 |
| | 03/13/2023 | $78.92 | 907894 | | 03/13/2023 | $44.59 | 907894 |
| | 04/17/2023 | $26.29 | 909557 | | 04/17/2023 | $46.52 | 909557 |
| | 05/15/2023 | $78.91 | 911041 | | 05/15/2023 | $44.59 | 911041 |
| | 06/12/2023 | $44.11 | 912556 | | 06/12/2023 | $78.07 | 912556 |
| | 07/17/2023 | $78.07 | 914082 | | 07/17/2023 | $44.11 | 914082 |
| | 08/14/2023 | $44.11 | 915550 | | 08/14/2023 | $78.07 | 915550 |
| | 09/18/2023 | $32.04 | 917082 | | 09/18/2023 | $18.10 | 917082 |
| | 10/16/2023 | $23.31 | 918512 | | 10/16/2023 | $41.25 | 918512 |
| | 11/13/2023 | $76.82 | 919959 | | 11/13/2023 | $43.41 | 919959 |
| | 12/11/2023 | $43.40 | 921359 | | 12/11/2023 | $76.82 | 921359 |
| | 01/08/2024 | $76.82 | 922705 | | 01/08/2024 | $43.41 | 922705 |
| | 02/12/2024 | $43.41 | 924147 | | 02/12/2024 | $76.82 | 924147 |
| | 03/11/2024 | $15.49 | 925562 | | 03/11/2024 | $8.75 | 925562 |

**Chapter 13 Case # 17-21671**

## SUMMARY

| | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from the date the case was filed, to and including: March 12, 2024. | | | |
| Receipts: $81,222.03   -   Paid to Claims: $71,534.96   -   Admin Costs Paid: $9,687.07   =   Funds on Hand: $0.00 | | | |
| Unpaid Balance to Claims: $0.00   +   Unpaid Trustee Comp: $0.00   =   Total Unpaid Balance: **$0.00 | | | |

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.