| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Marie G. Creamer**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5436<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–21671–RG | | |

# Order of Discharge                                                                                     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marie G. Creamer

<u>4/16/24</u>                                                                     **By the court:** <u>Rosemary Gambardella</u>
                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-21671-RG
Marie G. Creamer                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                        Page 1 of 3
Date Rcvd: Apr 16, 2024     Form ID: 3180W                Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie G. Creamer, 36 Elizabeth Street, 1st Floor, Jersey City, NJ 07306-1407 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | Rushmore Servicing as servicer for U.S. Bank Natio, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 519031342 | + | Freedom Mortgage Corporation, Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221-7093 |
| 520190259 | + | Supreme Energy Inc., c/o Deborah Berna Fineman, Esq., 424 South Jefferson Street, Orange, NJ 07050-1316 |
| 516996235 | + | Supreme Energy, Inc., Deborah Berna Fineman, Esq, 424 South Jefferson St, Orange, NJ 07050-1316 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Apr 17 2024 00:51:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 16 2024 21:11:00 | Freedom Mortgage Corporation, Attention: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | ^ | MEBN | Apr 16 2024 21:12:04 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 516908252 | + | EDI: PHINAMERI.COM | Apr 17 2024 00:51:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO BOX 183853, Arlington, TX 76096-3853 |
| 516869708 | + | EDI: PHINAMERI.COM | Apr 17 2024 00:51:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 516869709 | + | Email/Text: bk@avant.com | Apr 16 2024 21:12:00 | Avant Credit, Inc, 640 N La Salle St, Suite 535, Chicago, IL 60654-3731 |
| 516869710 | + | EDI: BANKAMER | Apr 17 2024 00:51:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517023865 | + | EDI: BANKAMER2 | Apr 17 2024 00:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516869711 | ^ | MEBN | Apr 16 2024 21:11:13 | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 516946659 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 16 2024 21:11:00 | Freedom Mortgage Corporation, Attn: BK Dept., |

Case 17-21671-RG   Doc 92   Filed 04/18/24   Entered 04/19/24 00:24:11   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 10500 Kincaid Drive, Fishers, IN 46037-9749 |
| 516869712 | ^ | MEBN | Apr 16 2024 21:10:53 | Great Plains Lending, 1050 East 2nd St Box 500, Edmond, OK 73034-5313 |
| 517104690 | | EDI: JEFFERSONCAP.COM | Apr 17 2024 00:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516869713 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 16 2024 21:11:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 516947149 | | EDI: AGFINANCE.COM | Apr 17 2024 00:51:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516869714 | + | EDI: AGFINANCE.COM | Apr 17 2024 00:51:00 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 517323282 | | EDI: PRA.COM | Apr 17 2024 00:51:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517323283 | | EDI: PRA.COM | Apr 17 2024 00:51:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516869715 | + | Email/Text: dnj@pbslaw.org | Apr 16 2024 21:11:00 | Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 520087894 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 21:11:00 | U.S. Bank National Association, et al, C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 520087895 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 21:11:00 | U.S. Bank National Association, et al, C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9741, U.S. Bank National Association, et al, C/O Rushmore Servicing 75261-9096 |
| 519662103 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 21:11:00 | U.S. Bank National Association, et. al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519662104 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 21:11:00 | U.S. Bank National Association, et. al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619, U.S. Bank National Association, et. al., c/o Rushmore Loan Management Services 92619-5004 |
| 516869717 | | EDI: WFFC2 | Apr 17 2024 00:51:00 | Wells Fargo, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306 |
| 517061785 | | EDI: WFFC2 | Apr 17 2024 00:51:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517055768 | | EDI: WFFC2 | Apr 17 2024 00:51:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517140519 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 516869716 | ##+ | Supreme Energy, Inc, 532 Freeman Street, Orange, NJ 07050-1312 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 33 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

**Name** — **Email Address**

Charles G. Wohlrab
on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise E. Carlon
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James J. Fitzpatrick
on behalf of Debtor Marie G. Creamer jfitzpatrick@lsnj.org nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com

John R. Morton, Jr.
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jonathan C. Schwalb
on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage- TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Lynn Therese Nolan
on behalf of Creditor Freedom Mortgage Corporation LynnNolan@SilvermanGroup.net  lnolan@grosspolowy.com

Marie-Ann Greenberg
magecf@magtrustee.com

Marie-Ann Greenberg
on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Melissa N. Licker
on behalf of Creditor Freedom Mortgage Corporation mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Nicholas Fitzgerald
on behalf of Debtor Marie G. Creamer fitz2law@gmail.com  nadiafinancial@gmail.com

Robert P. Saltzman
on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13