UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates P.C.
Nicholas Fitzgerald, Esq. NF6129
649 Newark Avenue
Jersey City, NJ 07306
Email: Nickfitz.law@gmail.com
Telephone: (201) 533-1100
Counsel for Debtor

In Re:

Marie G Creamer

Case No.: 17-21671

Chapter: 13

Hearing Date: August 21, 2024

Judge: Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Docket Entry No 91 Motion Objecting to Mortgagee's Response to Notice of Final Cure Payment

Date: 8/20/24

Signature

rev. 8/1/15